**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SVENJA SCHMITT, | |
| Plaintiff, | Case No.: 1:24-cv-05002 |
| v. | Judge Jeremy C. Daniel |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 9 | FSS-US |
| 10 | Likeets |
| 12 | Yunplsad-US |
| 88 | GUANGNAN Technology Co., Ltd. |
| 87 | lvchengjiwangluo |
| 89 | XU-ming |
| 92 | tersalle |
| 94 | dianshuolvye |
| 95 | KAUU |
| 96 | Wenchangfengjiadian |
| 97 | JIASA |
| 98 | HYYsecond |
| 100 | zhangyufoshanmaoyi |
| 101 | YangBiYing12 |
| 103 | jinanyunqingyangdianzikeji |
| 105 | Tehxun |
| 108 | ChangZhou12 |
| 109 | furuidifeng |

| | |
|---|---|
| 111 | SHNWU |
| 112 | yunliang111 |
| 113 | foshanwuyingjiaosiweiyouxia |
| 114 | WangDan12 |
| 115 | OuKan |
| 116 | WZHENGYI |
| 117 | xiancailuodian |
| 118 | TaiYuanShiZhaoWuShang |
| 119 | LeDongst |

DATED: July 30, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 30, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt