**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SVENJA SCHMITT,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.:  1:24-cv-05002

Judge Jeremy C. Daniel

Magistrate Judge Beth W. Jantz

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary
Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the
Complaint:

| NO. | DEFENDANT |
|:---:|:---:|
| 99 | ZT Smart |
| 104 | Goldmeet |
| 106 | Buumin |
| 61 | JinZhongYiZhiHua |
| 11 | Yangquan Shaobai Trading Co., Ltd. |
| 50 | Varacle |
| 54 | YUAN DO |
| 55 | xiexiaorong-us |

DATED:  August 8, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**<u>CERTIFICATE OF SERVICE</u>**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 8, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt